# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 12-1594     Short Title: Greenspan v. Random House, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Random House, Inc.; Mezco, Inc.; Benjamin Mezrich                                         as the

[ ] appellant(s)      [✓] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

_____     May 30, 2012_____
Signature                            Date

Bradley H. Ellis_____
Name

Sidley Austin LLP_____      213-896-6000_____
Firm Name (if applicable)            Telephone Number

555 West Fifth Street, Suite 4000    213-896-6600_____
Address                              Fax Number

Los Angeles, CA 90013_____      bellis@sidley.com_____
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: Pending_____

Has this case or any related case previously been on appeal?

[✓] No      [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on __6/7/12__ by hand/by mail