# United States Court of Appeals
## For the First Circuit

No. 12-1594

AARON GREENSPAN,

Plaintiff, Appellant,

v.

RAMDOM HOUSE, INC., ET AL,

Defendants, Appellees.

Before

Boudin, Howard and Thompson,
<u>Circuit Judges</u>.

JUDGMENT

Entered:  October 16, 2012

      Appellant Aaron Greenspan appeals from a decision of the district court dismissing the claims in his original complaint for failure to state a claim upon which relief can be granted and denying as futile his motion for leave to amend his complaint to incorporate additional factual allegations, argument, and claims.

      After our own careful review of the record, including, inter alia, both the original and proposed amended complaints and the relevant works upon which appellant's claims were based, we affirm the judgment of the district court, substantially for the reasons set forth by the court in its two May 9, 2012 Memoranda and Orders.  We add only that, with respect to appellant's copyright claims, in addition to agreeing with the district court that appellant failed to allege facts supporting a "reasonable inference" that the two works showed substantial similarity sufficient to support a viable copyright claim, we would also conclude that appellant failed to allege facts sufficient to allow a court to "infer that there was factual copying" and thus to clear the initial hurdle of demonstrating probative similarity.  <u>See, e.g.</u> <u>Lotus Dev. Corp.</u> v. <u>Borland Int'l, Inc.</u>, 49 F.3d 807, 813 (1st Cir. 1995).

Appellant has filed a motion requesting that this court take judicial notice of certain content in a newspaper article published on August 25, 2012. Because appellant's request asks us to take notice of the truth of the matters asserted in the article, the motion is denied. See Fed. R. Ev. 201(b); Cofield v. Alabama Pub. Serv. Comm'n, 936 F.2d 512, 517 (11th Cir. 1991) ("That a statement of fact appears in a daily newspaper does not of itself establish that the stated fact is 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.'").

The judgment of the district court is affirmed.

By the Court:
/s/ Margaret Carter, Clerk.

cc:
Aaron Greenspan
Stephen Contolulos
Bradley Ellis
Gordon Katz
Benjamin McGovern
Kevin Baine
Dustin Hecker
Megan Hughes